427 A.2d 1229

Commonwealth v. Smith, Appellant.

Submitted September 13, 1979. Taylor P. Andrews, Public Defender, for appellant; Edgar B. Bayley, District Attorney, for Commonwealth, appellee.

Before PRICE, WIEAND and VAN der VOORT, JJ.*

Judgment of sentence affirmed.